UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRANDON SCOTT EDELMAN, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>SUPERINTENDENT, )<br>)<br>Respondent. ) | CAUSE NO. 2:14-CV-376 RM |

OPINION AND ORDER

Brandon Scott Edelman, a *pro se* prisoner, filed a petition for writ of habeas corpus challenging the prison disciplinary hearing (ISO 14-06-38) in which the Disciplinary Hearing Body (DHB) found him guilty of Threatening in violation of B-240/213. Mr. Edelman says in his petition that he didn't lose any earned credit time and wasn't demoted in credit class as a result of this hearing. A prison disciplinary action can only be challenged in a habeas corpus proceeding when it resulted in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary proceeding didn't result in the lengthening of the duration of his confinement, habeas corpus relief isn't available. Because there is no relief that Mr. Edelman can obtain in this habeas corpus proceeding, the court **DENIES** the petition pursuant to SECTION 2254 HABEAS CORPUS RULE 4. This case is **DISMISSED**.

SO ORDERED.

ENTERED: March  18 , 2015.

/s/ Robert L. Miller, Jr.
Judge
United States District Court